AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| JEROME T. FORD, JR. | ) | Mag. No. 22-mj-2045 (AMD) |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 6, 2022 _____ in the county of _____ Atlantic _____ in the _____ District of _____ New Jersey _____ , the defendant(s) violated:

| Code Section | Description of Offenses |
|---|---|
| 18 U.S.C. § 1073 | See Attachment A. |

This criminal complaint is based on these facts:

See Attachment B.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Joseph Hooker, Special Agent, FBI
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____ telephone _____ _(specify reliable electronic means)._

Date:   06/16/2022

_____
_Judge's signature_

City and state:   _____ District of New Jersey _____

Hon. Ann Marie Donio, U.S. Magistrate Judge
_Printed name and title_

CONTENTS APPROVED

UNITED STATES ATTORNEY


By: */s/Jeffrey B. Bender*
Jeffrey B. Bender, Assistant U.S. Attorney

Date: June 16, 2022

<u>ATTACHMENT A</u>

On or about June 6, 2022, in Atlantic County, in the District of New Jersey, the defendant,

JEROME T. FORD, JR.

did knowingly and willfully travel in interstate commerce from the State of New Jersey to Pennsylvania with the intention to avoid prosecution for, among other crimes, unlawful possession of a handgun, contrary to the provisions of N.J.S.A. 2C:39-5B(1), and attempted murder, contrary to the provisions of N.J.S.A. 2C:11-3(A)(1) and 2C:5-1.

In violation of Title 18, United States Code, Section 1073.

ATTACHMENT B

I, Joseph Hooker, am a Special Agent with the Federal Bureau of Investigation.   I am aware of the facts contained herein based upon my own investigation, as well as my discussions with other law enforcement officers having knowledge of the case, from their participation in the investigation as well and having reviewed documents.   I have not included all of the facts known to me in this affidavit, just those facts which I believe necessary to establish probable cause to support this Complaint and Arrest Warrant.   I have knowledge of the following facts:

1.     On or about May 13, 2022, law enforcement officers responded to the area of 405 N. Pennsylvania Avenue in Atlantic City, New Jersey, after receiving a ShotSpotter alert.   Law enforcement officers recovered approximately 17 spent shell casings from two different caliber firearms.   They reviewed video footage that showed two males, one of whom was identified by officers as JEROME T. FORD, JR. ("FORD"), firing their weapons into a vehicle occupied by two victims identified as R.D. and A.M.   Both victims were treated at the local hospital.   Both victims are associates of a rival gang of the gang with which FORD is associated.

2.     On or about May 24, 2022, a complaint was sworn out in the State of New Jersey Atlantic City Municipal Court charging FORD with fourteen counts, including two counts of attempted murder, contrary to the provisions of N.J.S.A. 2C:11-3(A)(1) and 2C:5-1.   On or about May 24, 2022, Judicial Officer Christian Mejias issued an arrest warrant for FORD.   A copy of that warrant is attached to this complaint.   I have learned that FORD has posted a screenshot of one page of this complaint on a social media account associated with him.

3.     Previously, on or about February 22, 2020, FORD was arrested for unlawful possession of a handgun, contrary to the provisions of N.J.S.A. 2C:39-5B(1).   On November 12, 2020, a grand jury returned a one-count indictment that remains pending in Atlantic County Superior Court.   On or about June 6, 2022, an arrest warrant was issued for FORD's failure to appear in this pending case.   I have learned that FORD's attorney conveyed to local law enforcement that FORD is aware that he is wanted as a result of his failure to appear in this case.

4.     A confidential source who has previously been found to be reliable by local law enforcement provided investigators a phone number that the source indicated is being used by FORD ("Target Phone").   The Target Phone is subscribed in the name of a female believed to be in a romantic relationship with FORD.   The female's Facebook page shows multiple photographs of her with FORD.   A search of a phone belonging to the co-defendant in the above-described shooting revealed that the Target Phone was saved as "flocka," a form of which is utilized by FORD as his username on a social media account.

[Continued on next page.]

5.     According to location information obtained pursuant to a state data collection warrant, between approximately June 9, 2022 and June 12, 2022, the Target Phone has been generally located in the vicinity of an address in Philadelphia, Pennsylvania.   Based on this information, there is probable cause to believe that FORD has fled the State of New Jersey to avoid prosecution on the above charges.

Respectfully submitted,

Joseph Hooker
FBI Special Agent

Pursuant to Fed. R. Crim. P. 4.1, FBI Special Agent Hooker was sworn and attested to the contents of this affidavit in support of the criminal complaint.

_____     Date: June 16, 2022
HON. ANN MARIE DONIO
United States Magistrate Judge

2

State Complaint and Arrest Warrant
102-W-2022-001042

# COMPLAINT - WARRANT

## COMPLAINT NUMBER

| 0102 | W | 2022 | 001042 |
|------|---|------|--------|
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

ATLANTIC CITY MUNICIPAL COURT
2715 ATLANTIC AVE
ATLANTIC CITY       NJ  08401-0000
609-347-5560  COUNTY OF: ATLANTIC

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|--------------|----------|----------------|
| 14 | | 22-036025 |

COMPLAINANT
NAME: AARON     JONES
2715 ATLANTIC AVE
ATTN: WARRANTS
ATLANTIC CITY       NJ  08401

### THE STATE OF NEW JERSEY
### VS.
JEROME T FORD JR.

ADDRESS :
4879 BALA CT

MAYS LANDING       NJ  08330-0000

DEFENDANT INFORMATION
SEX: M   EYE COLOR: BROWN       DOB: 02/06/1999
DRIVER'S LIC. #. F65693968302992       DL STATE: NJ
SOCIAL SECURITY #: xxx-xx-x292   SBI #:
TELEPHONE #:       (   )
LIVESCAN PCN #:

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named
defendant on or about 05/13/2022 in       ATLANTIC CITY       ,   ATLANTIC   County, NJ did:
WITHIN THE JURISDICTION OF THIS COURT, DID ATTEMPT TO CAUSE DEATH OR SERIOUS
BODILY INJURY RESULTING IN DEATH TO R.S., CONTRARY TO THE PROVISIONS OF N.J.S.A.
2C:11-3(A)(1)/ N.J.S.A. 2C:5-1, A CRIME OF THE FIRST DEGREE.

WITHIN THE JURISDICTION OF THIS COURT, DID ATTEMPT TO CAUSE DEATH OR SERIOUS
BODILY INJURY RESULTING IN DEATH TO A.M., CONTRARY TO THE PROVISIONS OF N.J.S.A.
2C:11-3(A)(1)/ N.J.S.A. 2C:5-1, A CRIME OF THE FIRST DEGREE.

WITHIN THE JURISDICTION OF THIS COURT, DID CONSPIRE WITH ANOTHER TO COMMIT THE
CRIME OF MURDER OF R.S., IN VIOLATION OF N.J.S.A. 2C:11-3(A)(1), AND DID AGREE
THAT THEY WOULD ENGAGE IN CONDUCT WHICH CONSTITUTES SUCH CRIME OR AN ATTEMPT OR
SOLICITATION OF SUCH CRIME; CONTRARY TO THE PROVISIONS OF N.J.S.A. 2C
11-3(A)(1)/5-2(A)(1), A CRIME OF THE FIRST DEGREE.

in violation of:

| Original Charge | 1) 2C:5-1A(1) 2C:11-3A(1) | 2) 2C:5-1A(1) 2C:11-3A(1) | 3) 2C:5-2A(1) 2C:11-3A(1) |
|-----------------|----------|----------|----------|
| AmendedCharge | | | |

CERTIFICATION: I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject
to punishment.
Signed: _____  AARON   JONES _____       Date: 05/24/2022

You will be notified of your Central First Appearance/CJP date to be held at the Superior Court   in the county of ATLANTIC
at the following address: ATLANTIC SUPERIOR COURT
4997 UNAMI BLVD                                    MAYS LANDING       NJ 08330-0000
Date of Arrest:       Appearance Date:       Time:       Phone: 609-625-7000

## PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT

☐ Probable cause IS NOT found for the issuance of this complaint.

Signature of Court Administrator or Deputy Court Administrator     Date     Signature of Judge     Date

☑ Probable cause IS found for the issuance of this complaint. CHRISTIAN   MEJIAS JUDICIAL OFFICER 05/24/2022
                                          Signature and Title of Judicial Officer Issuing Warrant     Date
TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE
NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.

Bail Amount Set: _____ by: _____
                                          (If different from judicial officer that issued warrant)

| ☐ Domestic Violence – Confidential | ☐ Related Traffic Tickets or Other Complaints | ☐ Serious Personal Injury/ Death Involved |
|---|---|---|

Special conditions of release:
☐ No phone, mail or other personal contact w/victim
☐ No possession firearms/weapons
☐ Other (specify):

## ORIGINAL

Page 1 of 19

NJ/CDR2 1/1/2017

# COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | | STATE V. |
|---|---|---|---|---|
| **0102** | **W** | **2022** | **001042** | |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | JEROME T FORD JR. |

WITHIN THE JURISDICTION OF THIS COURT, DID CONSPIRE WITH ANOTHER TO COMMIT THE CRIME OF MURDER OF A.M., IN VIOLATION OF N.J.S.A. 2C:11-3(A)(1), AND DID AGREE THAT THEY WOULD ENGAGE IN CONDUCT WHICH CONSTITUTES SUCH CRIME OR AN ATTEMPT OR SOLICITATION OF SUCH CRIME; CONTRARY TO THE PROVISIONS OF N.J.S.A. 2C 11-3(A)(1)/5-2(A)(1), A CRIME OF THE FIRST DEGREE.

WITHIN THE JURISDICTION OF THIS COURT, DID OR DID ATTEMPT TO CAUSE SERIOUS BODILY INJURY OR KNOWINGLY OR UNDER CIRCUMSTANCES MANIFESTING EXTREME INDIFFERENCE TO THE VALUE OF HUMAN LIFE RECKLESSLY CAUSED SUCH INJURY TO R.S., CONTRARY TO THE PROVISIONS OF N.J.S.A. 2C:12-1(B)(1), A CRIME OF THE SECOND DEGREE.

WITHIN THE JURISDICTION OF THIS COURT, DID OR DID ATTEMPT TO CAUSE SERIOUS BODILY INJURY OR KNOWINGLY OR UNDER CIRCUMSTANCES MANIFESTING EXTREME INDIFFERENCE TO THE VALUE OF HUMAN LIFE RECKLESSLY CAUSED SUCH INJURY TO A.M., CONTRARY TO THE PROVISIONS OF N.J.S.A. 2C:12-1(B)(1), A CRIME OF THE SECOND DEGREE.

WITHIN THE JURISDICTION OF THIS COURT, DID ACTUALLY, DIRECTLY, OR AS AN ACCOMPLICE HAVE IN HIS POSSESSION A .40-CALIBER SEMIAUTOMATIC HANDGUN, WITHOUT FIRST HAVING OBTAINED A PERMIT TO CARRY THE SAME AS PROVIDED IN N.J.S.A. 2C:58-4, A CRIME OF THE SECOND-DEGREE.

WITHIN THE JURISDICTION OF THIS COURT, DID ACTUALLY, DIRECTLY, OR AS AN ACCOMPLICE HAVE IN HIS POSSESSION A .9MM SEMIAUTOMATIC HANDGUN, WITHOUT FIRST HAVING OBTAINED A PERMIT TO CARRY THE SAME AS PROVIDED IN N.J.S.A. 2C:58-4, A CRIME OF THE SECOND-DEGREE.

WITHIN THE JURISDICTION OF THIS COURT, DID ACTUALLY, DIRECTLY, OR AS AN ACCOMPLICE POSSESS A .40-CALIBER SEMIAUTOMATIC HANDGUN WITH A PURPOSE TO USE IT UNLAWFULLY AGAINST THE PERSON OR PROPERTY OF ANOTHER; CONTRARY TO THE PROVISIONS OF N.J.S.A. 2C:39-4(A)(1), A CRIME OF THE SECOND-DEGREE.

WITHIN THE JURISDICTION OF THIS COURT, DID ACTUALLY, DIRECTLY, OR AS AN ACCOMPLICE POSSESS A 9MM SEMIAUTOMATIC HANDGUN WITH A PURPOSE TO USE IT UNLAWFULLY AGAINST THE PERSON OR PROPERTY OF ANOTHER; CONTRARY TO THE PROVISIONS OF N.J.S.A. 2C:39-4(A)(1), A CRIME OF THE SECOND-DEGREE.

WITHIN THE JURISDICTION OF THIS COURT, DID ATTEMPT TO CAUSE OR KNOWINGLY OR PURPOSELY CAUSED BODILY INJURY TO R.S. WITH A DEADLY WEAPON; CONTRARY TO THE PROVISIONS OF N.J.S.A 2C:12-1(B)(2), A CRIME OF THE THIRD-DEGREE.

WITHIN THE JURISDICTION OF THIS COURT, DID ATTEMPT TO CAUSE OR KNOWINGLY OR PURPOSELY CAUSED BODILY INJURY TO A.M. WITH A DEADLY WEAPON; CONTRARY TO THE PROVISIONS OF N.J.S.A 2C:12-1(B)(2), A CRIME OF THE THIRD-DEGREE.

WITHIN THE JURISDICTION OF THIS COURT, DID KNOWINGLY UNDER CIRCUMSTANCES

| Original Charge | | 4) 2C:5-2A(1)<br>2C:11-3A(1) | 5) 2C:12-1B(1) | 6) 2C:12-1B(1) |
|---|---|---|---|---|
| Amended Charge | | | | |

**COMPLAINT - WARRANT**

Page 2 of 19

NJ/CDR2 1/1/2017

# COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | | STATE V. |
|---|---|---|---|---|
| **0102** | **W** | **2022** | **001042** | JEROME T FORD JR. |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | |

MANIFESTING EXTREME INDIFFERENCE TO THE VALUE OF HUMAN LIFE, DID POINT A
FIREARM, AS DEFINED IN SUBSECTION F. OF N.J.S. 2C:39-1, AT OR IN THE DIRECTION
OF R.S. IN THE CEDAR MARKET PARKING LOT; CONTRARY TO THE PROVISIONS OF N.J.S.A.
2C:12-1(B)(4), A CRIME OF THE FORTH DEGREE.

WITHIN THE JURISDICTION OF THIS COURT, DID KNOWINGLY UNDER CIRCUMSTANCES
MANIFESTING EXTREME INDIFFERENCE TO THE VALUE OF HUMAN LIFE, DID POINT A
FIREARM, AS DEFINED IN SUBSECTION F. OF N.J.S. 2C:39-1, AT OR IN THE DIRECTION
OF A.M. IN THE CEDAR MARKET PARKING LOT; CONTRARY TO THE PROVISIONS OF N.J.S.A.
2C:12-1(B)(4), A CRIME OF THE FORTH DEGREE.

| Original Charge | 7) 2C:39-5B(1) | 8) 2C:39-5B(1) | 9) 2C:39-4A(1) |
|---|---|---|---|
| Amended Charge | | | |

**COMPLAINT - WARRANT**

Page 3 of 19

# COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | | STATE V. |
|---|---|---|---|---|
| **0102** | **W** | **2022** | **001042** | |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | JEROME T FORD JR. |

| | | | |
|---|---|---|---|
| Original Charge | 10) 2C:39-4A(1) | 11) 2C:12-1B(2) | 12) 2C:12-1B(2) |
| Amended Charge | | | |

## COMPLAINT - WARRANT

**Page 4 of 19**                    NJ/CDR2 1/1/2017

# COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | |
|---|---|---|---|
| **0102** | **W** | **2022** | **001042** |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

STATE V.

JEROME T FORD JR.

| Original Charge | 13) 2C:12-1B(4) | 14) 2C:12-1B(4) | |
|---|---|---|---|
| Amended Charge | | | |

## COMPLAINT - WARRANT

**Page 5 of 19**

NJ/CDR2 1/1/2017

# COMPLAINT – WARRANT (Court Action)

| COMPLAINT NUMBER | | | | STATE V. | |
|---|---|---|---|---|---|
| **0102** | **W** | **2022** | **001042** | | JEROME T FORD JR. |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | | |

**FTA Bail Information** Date Bail Set:     Amount Bail Set: $_____    by:_____    ☐ Bail Recog. Attached

| Released on Bail (√) | R.O.R. | Committed Default | Committed w/o Bail | Place Committed: | Date Referred to County Prosecutor: |
|---|---|---|---|---|---|

Date of First Appearance:     ☐ Advised of Rights by_____

Defendant Desires Counsel:    ☐ Yes    ☐ No

| Prosecuting Attorney Information | | | | Defense Counsel Information | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name: | | | | Name: | | | | | |
| State | County | Municipal | Other | None | Retained | Public Def | Assigned | Waived | Other |

| | | | |
|---|---|---|---|
| Original Charge | 1)   2C:5-1A(1) <br> 2C:11-3A(1) | 2)   2C:5-1A(1) <br> 2C:11-3A(1) | 3)   2C:5-2A(1) <br> 2C:11-3A(1) |
| Amended Charge | | | |
| Waiver Indt/Jury | | | |
| Plea/Date of Plea | Plea:    Date: | Plea:    Date: | Plea:    Date: |
| Adjudication (* see code) | Finding Code:    Date: | Finding Code:    Date: | Finding Code:    Date: |
| Jail Term | Jail time credit   Susp. Imp | Jail time credit   Susp. Imp | Jail time credit   Susp. Imp |
| Probation Term | Susp. Imp | Susp. Imp | Susp. Imp |
| Cond. Discharge Term | | | |
| Community Service | | | |
| D/L Suspension Term | | | |
| Fines/Costs | Fines:    Costs: | Fines:    Costs: | Fines:    Costs: |
| VCCB/SNSF | VCCB:    SNSF: | VCCB:    SNSF: | VCCB:    SNSF: |
| DEDR/Lab Fee | DEDR:    LAB: | DEDR:    LAB: | DEDR:    LAB: |
| CD Fee/Drug Ed Fnd | CD:    DAEF: | CD:    DAEF: | CD:    DAEF: |
| DV Surch/Other Fees | DV:    Other: | DV:    Other: | DV:    Other: |
| Restitution Beneficiary:_____ | | | |

Miscellaneous Information, Adjournments, Companion Complaints, Co-Defendants, Case Notes:

**Related Traffic Tickets and Complaints:**

* Finding Codes
1 – Guilty
2 – Not Guilty
3 – Dismissed – Other
4 – Guilty but Merged
5 – Dismissed-Rule
6 – Dismissed Lack of Prosecution
7 – Dismissed – Pros Motion/Vic Req
8 – Conditional Discharge
D – Dismissed- Prosecutor Discretion
M – Dismissed- Mediation
P - Dismissed-Plea Agreement
S – Disposed at Superior
W – Dismissed-False ID

**COMPLAINT - WARRANT (Court Action)**

Page 6 of 19    NJ/CDR2 1/1/2017

JUDGE'S SIGNATURE     DATE

# COMPLAINT — WARRANT (Court Action)

| COMPLAINT NUMBER | | | | STATE V. |
|---|---|---|---|---|
| 0102 | W | 2022 | 001042 | JEROME T FORD JR. |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | |

**FTA Bail Information** | Date Bail Set: | Amount Bail Set: $_____ by:_____ | ☐ Ball Recog. Attached

| Released on Ball (√) | R.O.R. | Committed Default | Committed w/o Ball | Place Committed: | Date Referred to County Prosecutor:_____ |
|---|---|---|---|---|---|

| Date of First Appearance: | ☐ Advised of Rights by_____ | Defendant Desires Counsel: ☐ Yes  ☐ No |
|---|---|---|

| Prosecuting Attorney Information | Defense Counsel Information |
|---|---|

Name:                                          Name:

| State | County | Municipal | Other | None | Retained | Public Def | Assigned | Waived | Other |
|---|---|---|---|---|---|---|---|---|---|

| | 4) 2C:5-2A(1) 2C:11-3A(1) | 5) 2C:12-1B(1) | 6) 2C:12-1B(1) |
|---|---|---|---|
| Original Charge | 4) 2C:5-2A(1) 2C:11-3A(1) | 5) 2C:12-1B(1) | 6) 2C:12-1B(1) |
| Amended Charge | | | |
| Waiver Indt/Jury | | | |
| Plea/Date of Plea | Plea:      Date: | Plea:      Date: | Plea:      Date: |
| Adjudication (* see code) | Finding Code:     Date: | Finding Code:     Date: | Finding Code:     Date: |

| | | Jail time credit | Susp. Imp | | Jail time credit | Susp. Imp | | Jail time credit | Susp. Imp |
|---|---|---|---|---|---|---|---|---|---|
| Jail Term | | | | | | | | | |
| Probation Term | | | Susp. Imp | | | Susp. Imp | | | Susp. Imp |
| Cond. Discharge Term | | | | | | | | | |
| Community Service | | | | | | | | | |
| D/L Suspension Term | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Fines/Costs | Fines:      Costs: | Fines:      Costs: | Fines:      Costs: |
| VCCB/SNSF | VCCB:      SNSF: | VCCB:      SNSF: | VCCB:      SNSF: |
| DEDR/Lab Fee | DEDR:      LAB: | DEDR:      LAB: | DEDR:      LAB: |
| CD Fee/Drug Ed Fnd | CD:      DAEF: | CD:      DAEF: | CD:      DAEF: |
| DV Surch/Other Fees | DV:      Other: | DV:      Other: | DV:      Other: |
| Restitution Beneficiary:_____ | | | |

**Miscellaneous Information, Adjournments, Companion Complaints, Co-Defendants, Case Notes:**

Related Traffic Tickets and Complaints:

* Finding Codes
1 -- Guilty
2 -- Not Guilty
3 -- Dismissed -- Other
4 -- Guilty but Merged
5 -- Dismissed-Rule
6 -- Dismissed Lack of Prosecution
7 -- Dismissed -- Pros Motion/Vic Req
8 -- Conditional Discharge
D -- Dismissed- Prosecutor Discretion
M -- Dismissed- Mediation
P  - Dismissed-Plea  Agreement
S -- Disposed at Superior
W -- Dismissed-False ID

JUDGE'S SIGNATURE _____  DATE _____

**COMPLAINT - WARRANT (Court Action)**

Page 7 of 19          NJ/CDR2 1/1/2017

# COMPLAINT – WARRANT (Court Action)

| COMPLAINT NUMBER | | | | STATE V. |
|---|---|---|---|---|
| 0102 | W | 2022 | 001042 | JEROME T FORD JR. |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | |

| FTA Bail Information | Date Bail Set: | | Amount Bail Set: $_____ | by:_____ | ☐ Bail Recog. Attached |
|---|---|---|---|---|---|
| Released on Bail (√) | R.O.R. | Committed Default | Committed w/o Bail | Place Committed: | Date Referred to County Prosecutor: |

| Date of First Appearance: | ☐ Advised of Rights by_____ | Defendant Desires Counsel: ☐ Yes  ☐ No |
|---|---|---|

| Prosecuting Attorney Information | | | | Defense Counsel Information | | | | |
|---|---|---|---|---|---|---|---|---|
| Name: | | | | Name: | | | | |
| State | County | Municipal | Other | None | Retained | Public Def | Assigned | Waived | Other |

| | | | |
|---|---|---|---|
| Original Charge | 7) 2C:39-5B(1) | 8) 2C:39-5B(1) | 9) 2C:39-4A(1) |
| Amended Charge | | | |
| Waiver Indt/Jury | | | |
| Plea/Date of Plea | Plea:        Date: | Plea:        Date: | Plea:        Date: |
| Adjudication (* see code) | Finding Code:    Date: | Finding Code:    Date: | Finding Code:    Date: |

| | | | | | | |
|---|---|---|---|---|---|---|
| Jail Term | | Jail time credit | Susp. Imp | | Jail time credit | Susp. Imp | | Jail time credit | Susp. Imp |
| Probation Term | | | Susp. Imp | | | Susp. Imp | | | Susp. Imp |
| Cond. Discharge Term | | | | | | |
| Community Service | | | | | | |
| D/L Suspension Term | | | | | | |

| | | | |
|---|---|---|---|
| Fines/Costs | Fines:    Costs: | Fines:    Costs: | Fines:    Costs: |
| VCCB/SNSF | VCCB:    SNSF: | VCCB:    SNSF: | VCCB:    SNSF: |
| DEDR/Lab Fee | DEDR:    LAB: | DEDR:    LAB: | DEDR:    LAB: |
| CD Fee/Drug Ed Fnd | CD:    DAEF: | CD:    DAEF: | CD:    DAEF: |
| DV Surch/Other Fees | DV:    Other: | DV:    Other: | DV:    Other: |
| Restitution Beneficiary:_____ | | | |

**Miscellaneous Information, Adjournments, Companion Complaints, Co-Defendants, Case Notes:**

**Related Traffic Tickets and Complaints:**

* Finding Codes
1 – Guilty
2 – Not Guilty
3 – Dismissed – Other
4 – Guilty but Merged
5 – Dismissed-Rule
6 – Dismissed Lack of Prosecution
7 – Dismissed – Pros Motion/Vic Req
8 – Conditional Discharge
D – Dismissed- Prosecutor Discretion
M – Dismissed- Mediation
P – Dismissed-Plea  Agreement
S – Disposed at Superior
W – Dismissed-False ID

| JUDGE'S SIGNATURE | DATE | COMPLAINT – WARRANT (Court Action) |
|---|---|---|
| | | Page 8 of 19 |

NJ/CDR2 1/1/2017

# COMPLAINT – WARRANT (Court Action)

| COMPLAINT NUMBER | | | | STATE V. |
|---|---|---|---|---|
| 0102 | W | 2022 | 001042 | JEROME T FORD JR. |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | |

**FTA Bail Information** | Date Bail Set: | Amount Bail Set: $_____ by:_____ | ☐ Bail Recog. Attached

| Released on Bail (√) | R.O.R. | Committed Default | Committed w/o Bail | Place Committed: | Date Referred to County Prosecutor: |
|---|---|---|---|---|---|

| Date of First Appearance: | ☐ Advised of Rights by_____. | Defendant Desires Counsel: ☐ Yes  ☐ No |
|---|---|---|

| Prosecuting Attorney Information | Defense Counsel Information |
|---|---|
| Name: | Name: |

| State | County | Municipal | Other | None | Retained | Public Def | Assigned | Waived | Other |
|---|---|---|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Original Charge | 10) 2C:39-4A(1) | 11) 2C:12-1B(2) | 12) 2C:12-1B(2) |
| Amended Charge | | | |
| Waiver Indt/Jury | | | |
| Plea/Date of Plea | Plea:  Date: | Plea:  Date: | Plea:  Date: |
| Adjudication (* see code) | Finding Code:  Date: | Finding Code:  Date: | Finding Code:  Date: |
| Jail Term | Jail time credit  Susp. Imp | Jail time credit  Susp. Imp | Jail time credit  Susp. Imp |
| Probation Term | Susp. Imp | Susp. Imp | Susp. Imp |
| Cond. Discharge Term | | | |
| Community Service | | | |
| D/L Suspension Term | | | |
| Fines/Costs | Fines:  Costs: | Fines:  Costs: | Fines:  Costs: |
| VCCB/SNSF | VCCB:  SNSF: | VCCB:  SNSF: | VCCB:  SNSF: |
| DEDR/Lab Fee | DEDR:  LAB: | DEDR:  LAB: | DEDR:  LAB: |
| CD Fee/Drug Ed Fnd | CD:  DAEF: | CD:  DAEF: | CD:  DAEF: |
| DV Surch/Other Fees | DV:  Other: | DV:  Other: | DV:  Other: |
| Restitution Beneficiary:_____ | | | |

**Miscellaneous Information, Adjournments, Companion Complaints, Co-Defendants, Case Notes:**

Related Traffic Tickets and Complaints:

* Finding Codes
1 – Guilty
2 – Not Guilty
3 – Dismissed – Other
4 – Guilty but Merged
5 – Dismissed-Rule
6 – Dismissed Lack of Prosecution
7 – Dismissed – Pros Motion/Vic Req
8 – Conditional Discharge
D – Dismissed- Prosecutor Discretion
M – Dismissed- Mediation
P  - Dismissed-Plea  Agreement
S – Disposed at Superior
W – Dismissed-False ID

| JUDGE'S SIGNATURE | DATE | COMPLAINT - WARRANT (Court Action) |
|---|---|---|
| | | Page 9 of 19    NJ/CDR2 1/1/2017 |

# COMPLAINT – WARRANT (Court Action)

| COMPLAINT NUMBER | | | | STATE V. |
|---|---|---|---|---|
| 0102 | W | 2022 | 001042 | JEROME T FORD JR. |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | |

**FTA Bail Information** | Date Bail Set: | Amount Bail Set: $_____ | by:_____ | ☐ Bail Recog. Attached

| Released on Ball (√) | R.O.R. | Committed Default | Committed w/o Ball | Place Committed: | Date Referred to County Prosecutor: _____ |
|---|---|---|---|---|---|

| Date of First Appearance: | ☐ Advised of Rights by_____ | Defendant Desires Counsel: ☐ Yes  ☐ No |
|---|---|---|

| Prosecuting Attorney Information | | | | Defense Counsel Information | | | |
|---|---|---|---|---|---|---|---|
| **Name:** | | | | **Name:** | | | |
| State | County | Municipal | Other | None | Retained | Public Def | Assigned | Waived | Other |

| | | | |
|---|---|---|---|
| Original Charge | 13) 2C:12-1B(4) | 14) 2C:12-1B(4) | |
| Amended Charge | | | |
| Waiver Indt/Jury | | | |
| Plea/Date of Plea | Plea:      Date: | Plea:      Date: | Plea:      Date: |
| Adjudication (* see code) | Finding Code:    Date: | Finding Code:    Date: | Finding Code:    Date: |
| Jail Term | Jail time credit   Susp. Imp | Jail time credit   Susp. Imp | Jail time credit   Susp. Imp |
| Probation Term | Susp. Imp | Susp. Imp | Susp. Imp |
| Cond. Discharge Term | | | |
| Community Service | | | |
| D/L Suspension Term | | | |
| Fines/Costs | Fines:      Costs: | Fines:      Costs: | Fines:      Costs: |
| VCCB/SNSF | VCCB:      SNSF: | VCCB:      SNSF: | VCCB:      SNSF: |
| DEDR/Lab Fee | DEDR:      LAB: | DEDR:      LAB: | DEDR:      LAB: |
| CD Fee/Drug Ed Fnd | CD:      DAEF: | CD:      DAEF: | CD:      DAEF: |
| DV Surch/Other Fees | DV:      Other: | DV:      Other: | DV:      Other: |
| Restitution Beneficiary:_____ | | | |

**Miscellaneous Information, Adjournments, Companion Complaints, Co-Defendants, Case Notes:**

Related Traffic Tickets and Complaints:

**\* Finding Codes**
1 – Guilty
2 – Not Guilty
3 – Dismissed – Other
4 – Guilty but Merged
5 – Dismissed-Rule
6 – Dismissed Lack of Prosecution
7 – Dismissed – Pros Motion/Vic Req
8 – Conditional Discharge
D – Dismissed- Prosecutor Discretion
M – Dismissed- Mediation
P  - Dismissed-Plea  Agreement
S – Disposed at Superior
W – Dismissed-False ID

JUDGE'S SIGNATURE          DATE

**COMPLAINT - WARRANT (Court Action)**

Page 10 of 19          NJ/CDR2 1/1/2017

# COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | |
|---|---|---|---|
| 0102 | W | 2022 | 001042 |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

*THE STATE OF NEW JERSEY*
*VS.*
JEROME T FORD JR.

ATLANTIC CITY MUNICIPAL COURT
2715 ATLANTIC AVE
ATLANTIC CITY        NJ  08401-0000
609-347-5560        COUNTY OF: ATLANTIC

ADDRESS : 4879 BALA CT

MAYS LANDING        NJ  08330-0000

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 14 | | 22-036025 |

COMPLAINANT
NAME:   AARON    JONES

**DEFENDANT INFORMATION**
SEX: M  EYE COLOR:  BROWN      DOB: 02/06/1999
DRIVER'S LIC. #. F65693968302992        DL STATE: NJ
SOCIAL SECURITY #: xxx-xx-x292    SBI #:
TELEPHONE #:                    (  )
LIVESCAN PCN #:

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named
defendant on or about 05/13/2022 in        ATLANTIC CITY    ,    ATLANTIC    County, NJ did:
WITHIN THE JURISDICTION OF THIS COURT, DID ATTEMPT TO CAUSE DEATH OR SERIOUS
BODILY INJURY RESULTING IN DEATH TO R.S., CONTRARY TO THE PROVISIONS OF N.J.S.A.
2C:11-3(A)(1)/ N.J.S.A. 2C:5-1, A CRIME OF THE FIRST DEGREE.

WITHIN THE JURISDICTION OF THIS COURT, DID ATTEMPT TO CAUSE DEATH OR SERIOUS
BODILY INJURY RESULTING IN DEATH TO A.M., CONTRARY TO THE PROVISIONS OF N.J.S.A.
2C:11-3(A)(1)/ N.J.S.A. 2C:5-1, A CRIME OF THE FIRST DEGREE.

WITHIN THE JURISDICTION OF THIS COURT,DID CONSPIRE WITH ANOTHER TO COMMIT THE
CRIME OF MURDER OF R.S., IN VIOLATION OF N.J.S.A. 2C:11-3(A)(1), AND DID AGREE
THAT THEY WOULD ENGAGE IN CONDUCT WHICH CONSTITUTES SUCH CRIME OR AN ATTEMPT OR
SOLICITATION OF SUCH CRIME; CONTRARY TO THE PROVISIONS OF N.J.S.A. 2C
11-3(A)(1)/5-2(A)(1), A CRIME OF THE FIRST DEGREE.

in violation of:

| Original Charge | 1) 2C:5-1A(1) 2C:11-3A(1) | 2) 2C:5-1A(1) 2C:11-3A(1) | 3) 2C:5-2A(1) 2C:11-3A(1) |
|---|---|---|---|
| Amended Charge | | | |

CERTIFICATION: I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject
to punishment
Signed:        AARON    JONES                    Date: 05/24/2022

You will be notified of your Central First Appearance/CJP date to be held at the Superior Court        in the county of ATLANTIC
at the following address: ATLANTIC SUPERIOR COURT
4997 UNAMI BLVD                            MAYS LANDING        NJ 08330-0000
Date of Arrest:        Appearance Date:        Time:        Phone: 609-625-7000

## PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT

☐  Probable cause **IS NOT** found for the issuance of this complaint.

Signature of Court Administrator or Deputy Court Administrator        Date        Signature of Judge        Date

☑  Probable cause **IS** found for the issuance of this complaint. CHRISTIAN   MEJIAS JUDICIAL OFFICER 05/24/2022
Signature and Title of Judicial Officer Issuing Warrant        Date
TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE
NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.

Bail Amount Set: _____ by: _____
(If different from judicial officer that issued warrant)

| ☐  Domestic Violence – Confidential | ☐  Related Traffic Tickets or Other Complaints | ☐  Serious Personal Injury/ Death Involved |
|---|---|---|

Special conditions of release:
☐  No phone, mail or other personal contact w/victim
☐  No possession firearms/weapons
☐  Other (specify):

**COMPLAINT - WARRANT (DEFENDANT'S COPY)**

Page 11 of 19

NJ/CDR2 1/1/2017

# COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | | STATE V. |
|---|---|---|---|---|
| **0102** | **W** | **2022** | **001042** | |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | JEROME T FORD JR. |

WITHIN THE JURISDICTION OF THIS COURT, DID CONSPIRE WITH ANOTHER TO COMMIT THE
CRIME OF MURDER OF A.M., IN VIOLATION OF N.J.S.A. 2C:11-3(A)(1), AND DID AGREE
THAT THEY WOULD ENGAGE IN CONDUCT WHICH CONSTITUTES SUCH CRIME OR AN ATTEMPT OR
SOLICITATION OF SUCH CRIME; CONTRARY TO THE PROVISIONS OF N.J.S.A. 2C
11-3(A)(1)/5-2(A)(1), A CRIME OF THE FIRST DEGREE.

WITHIN THE JURISDICTION OF THIS COURT, DID OR DID ATTEMPT TO CAUSE SERIOUS
BODILY INJURY OR KNOWINGLY OR UNDER CIRCUMSTANCES MANIFESTING EXTREME
INDIFFERENCE TO THE VALUE OF HUMAN LIFE RECKLESSLY CAUSED SUCH INJURY TO R.S.,
CONTRARY TO THE PROVISIONS OF N.J.S.A. 2C:12-1(B)(1), A CRIME OF THE SECOND
DEGREE.

WITHIN THE JURISDICTION OF THIS COURT, DID OR DID ATTEMPT TO CAUSE SERIOUS
BODILY INJURY OR KNOWINGLY OR UNDER CIRCUMSTANCES MANIFESTING EXTREME
INDIFFERENCE TO THE VALUE OF HUMAN LIFE RECKLESSLY CAUSED SUCH INJURY TO A.M.,
CONTRARY TO THE PROVISIONS OF N.J.S.A. 2C:12-1(B)(1), A CRIME OF THE SECOND
DEGREE.

WITHIN THE JURISDICTION OF THIS COURT, DID ACTUALLY, DIRECTLY, OR AS AN
ACCOMPLICE HAVE IN HIS POSSESSION A .40-CALIBER SEMIAUTOMATIC HANDGUN, WITHOUT
FIRST HAVING OBTAINED A PERMIT TO CARRY THE SAME AS PROVIDED IN N.J.S.A.
2C:58-4, A CRIME OF THE SECOND-DEGREE.

WITHIN THE JURISDICTION OF THIS COURT, DID ACTUALLY, DIRECTLY, OR AS AN
ACCOMPLICE HAVE IN HIS POSSESSION A .9MM SEMIAUTOMATIC HANDGUN, WITHOUT FIRST
HAVING OBTAINED A PERMIT TO CARRY THE SAME AS PROVIDED IN N.J.S.A. 2C:58-4, A
CRIME OF THE SECOND-DEGREE.

WITHIN THE JURISDICTION OF THIS COURT, DID ACTUALLY, DIRECTLY, OR AS AN
ACCOMPLICE POSSESS A .40-CALIBER SEMIAUTOMATIC HANDGUN WITH A PURPOSE TO USE IT
UNLAWFULLY AGAINST THE PERSON OR PROPERTY OF ANOTHER; CONTRARY TO THE PROVISIONS
OF N.J.S.A. 2C:39-4(A)(1), A CRIME OF THE SECOND-DEGREE.

WITHIN THE JURISDICTION OF THIS COURT, DID ACTUALLY, DIRECTLY, OR AS AN
ACCOMPLICE POSSESS A 9MM SEMIAUTOMATIC HANDGUN WITH A PURPOSE TO USE IT
UNLAWFULLY AGAINST THE PERSON OR PROPERTY OF ANOTHER; CONTRARY TO THE PROVISIONS
OF N.J.S.A. 2C:39-4(A)(1), A CRIME OF THE SECOND-DEGREE.

WITHIN THE JURISDICTION OF THIS COURT, DID ATTEMPT TO CAUSE OR KNOWINGLY OR
PURPOSELY CAUSED BODILY INJURY TO R.S. WITH A DEADLY WEAPON; CONTRARY TO THE
PROVISIONS OF N.J.S.A 2C:12-1(B)(2), A CRIME OF THE THIRD-DEGREE.

WITHIN THE JURISDICTION OF THIS COURT, DID ATTEMPT TO CAUSE OR KNOWINGLY OR
PURPOSELY CAUSED BODILY INJURY TO A.M. WITH A DEADLY WEAPON; CONTRARY TO THE
PROVISIONS OF N.J.S.A 2C:12-1(B)(2), A CRIME OF THE THIRD-DEGREE.

WITHIN THE JURISDICTION OF THIS COURT, DID KNOWINGLY UNDER CIRCUMSTANCES

| Original Charge | 4) 2C:5-2A(1)<br>2C:11-3A(1) | 5) 2C:12-1B(1) | 6) 2C:12-1B(1) |
|---|---|---|---|
| Amended Charge | | | |

COMPLAINT - WARRANT (DEFENDANT'S COPY)

NJ/CDR2 1/1/2017

# COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | | STATE V. |
|---|---|---|---|---|
| **0102** | **W** | **2022** | **001042** | |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | JEROME T FORD JR. |

MANIFESTING EXTREME INDIFFERENCE TO THE VALUE OF HUMAN LIFE, DID POINT A
FIREARM, AS DEFINED IN SUBSECTION F. OF N.J.S. 2C:39-1, AT OR IN THE DIRECTION
OF R.S. IN THE CEDAR MARKET PARKING LOT; CONTRARY TO THE PROVISIONS OF N.J.S.A.
2C:12-1(B)(4), A CRIME OF THE FORTH DEGREE.

WITHIN THE JURISDICTION OF THIS COURT, DID KNOWINGLY UNDER CIRCUMSTANCES
MANIFESTING EXTREME INDIFFERENCE TO THE VALUE OF HUMAN LIFE, DID POINT A
FIREARM, AS DEFINED IN SUBSECTION F. OF N.J.S. 2C:39-1, AT OR IN THE DIRECTION
OF A.M. IN THE CEDAR MARKET PARKING LOT; CONTRARY TO THE PROVISIONS OF N.J.S.A.
2C:12-1(B)(4), A CRIME OF THE FORTH DEGREE.

| Original Charge | 7) 2C:39-5B(1) | 8) 2C:39-5B(1) | 9) 2C:39-4A(1) |
|---|---|---|---|
| Amended Charge | | | |

**COMPLAINT - WARRANT (DEFENDANT'S COPY)**

**Page 13 of 19**                    NJ/CDR2 1/1/2017

# COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | |
|---|---|---|---|
| 0102 | W | 2022 | 001042 |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

STATE V.

JEROME T FORD JR.

| | | | |
|---|---|---|---|
| Original Charge | 10) 2C:39-4A(1) | 11) 2C:12-1B(2) | 12) 2C:12-1B(2) |
| Amended Charge | | | |

**COMPLAINT - WARRANT (DEFENDANT'S COPY)**

Page 14 of 19

NJ/CDR2 1/1/2017

# COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | | STATE V. |
|---|---|---|---|---|
| **0102** | **W** | **2022** | **001042** | JEROME T FORD JR. |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | |

| | | | |
|---|---|---|---|
| Original Charge | 13) 2C:12-1B(4) | 14) 2C:12-1B(4) | |
| Amended Charge | | | |

**COMPLAINT - WARRANT (DEFENDANT'S COPY)**

Page 15 of 19

NJ/CDR2 1/1/2017

# COMMITMENT

| COMPLAINT NUMBER | | | |
|---|---|---|---|
| 0102 | W | 2022 | 001042 |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

ATLANTIC CITY MUNICIPAL COURT
2715 ATLANTIC AVE
ATLANTIC CITY        NJ  08401-0000
609-347-5560        COUNTY OF: ATLANTIC

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
| 14 | | 22-036025 |

COMPLAINANT NAME:  AARON    JONES
2715 ATLANTIC AVE
ATTN: WARRANTS
ATLANTIC CITY        NJ  08401

*THE STATE OF NEW JERSEY*
*VS.*
JEROME T FORD JR.

ADDRESS :
4879 BALA CT

MAYS LANDING              NJ 08330-0000

DEFENDANT INFORMATION
SEX: M  EYE COLOR:  BROWN        DOB: 02/06/1999
DRIVER'S LIC. #. F65693968302992          DL STATE:  NJ
SOCIAL SECURITY #: xxx-xx-x292    SBI #:
TELEPHONE #:              ( )
LIVESCAN PCN #:

**To any Law Enforcement Official of New Jersey, You are commanded to transport this defendant to the Warden of this county who is required to keep the defendant in custody until a release or detention decision is made.**

|     | Offense | Aux Offense | Drug Code | Degree | Offense Description |
|-----|---------|-------------|-----------|--------|---------------------|
| 1.  | _____ | _____ | _____ | _____ | _____ |
| 2.  | _____ | _____ | _____ | _____ | _____ |
| 3.  | _____ | _____ | _____ | _____ | _____ |
| 4.  | _____ | _____ | _____ | _____ | _____ |

Commitment Reason:

You will be notified of your Central First Appearance/CJP date to be held at the Superior Court   in the county of ATLANTIC
at the following address: ATLANTIC SUPERIOR COURT
4997 UNAMI BLVD                                 MAYS LANDING        NJ 08330-0000

Date of Arrest:                                    Phone:  609-625-7000

_____        _____
Signature and Title of Judicial Officer Issuing Warrant            Date

# COMMITMENT

# Affidavit of Probable Cause

| COMPLAINT NUMBER | | | |
|---|---|---|---|
| **0102** | **W** | **2022** | **001042** |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

ATLANTIC CITY MUNICIPAL COURT
2715 ATLANTIC AVE
ATLANTIC CITY        NJ  08401-0000
609-347-5560     COUNTY OF: ATLANTIC

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 14 | | 22-036025 |

COMPLAINANT NAME: AARON    JONES
2715 ATLANTIC AVE
ATTN: WARRANTS
ATLANTIC CITY        NJ   08401

*THE STATE OF NEW JERSEY*
*VS.*
JEROME T FORD JR.

ADDRESS :
4879 BALA CT

MAYS LANDING          NJ 08330-0000

DEFENDANT INFORMATION
SEX: M  EYE COLOR: BROWN    DOB: 02/06/1999
DRIVER'S LIC. #. F65693968302992         DL STATE:  NJ
SOCIAL SECURITY #: xxx-xx-x292    SBI #:
TELEPHONE #:               (    )
LIVESCAN PCN #:

Purpose: This Affidavit/Certification is to more fully describe the facts of the alleged offense so that a judge or authorized judicial officer may determine probable cause.

1. Description of relevant facts and circumstances which support probable cause that (1) the offense(s) was committed <u>and</u> (2) the defendant is the one who committed it:
On 5/13/2022, at approx. 9:30am, members of the Atlantic City Police Department responded to a ShotSpotter alert in the area of 405 N. Pennsylvania Ave.  The ShotSpotter alert detected 17 rounds of gunfire. Police located a crime scene in the parking lot area of the Cedar Market convenience store and recovered 17 spent shell casings and blood. Police recovered 17 spent shell casings: 11 .40-caliber casings, and 6 9mm casings. Moments later two males arrived at the ACRMC hospital suffering from gunshot wounds: R.S. and A.M.

Police recovered surveillance video from the shooting and surrounding areas and identified Jerome Ford as one of two shooters.  Jerome Ford and his yet to be identified co-conspirator are depicted opening fire upon R.D. and A.M.  as they sit in a parked vehicle in the Cedar Market parking lot. Ford and his co-conspirator penetrated the victim's vehicle multiple times with gunfire, and inflicted gunshot wounds to their persons. R.S. told police that the motive for the shooting was "old beef." Based on the training and experience of this affiant, I am familiar with "the beef" as referring to a series of armed retaliatory shootings between rival criminal street gangs operating within Atlantic City.

Jerome Ford is a documented member of the Fetti G criminal street gang, which is geographically based in the Stanley Holmes Village section of Atlantic City. Jerome Ford's gang is rivals with the gang operating out of the geographic territory known as Back Maryland, known as Head Shot Gang/ Frontstreet.  R.S. and A.M. are associates of Jerome Ford's rival gang.  This shooting occurred within the geographic territory dominated by Jerome Ford's gang, Fetti G.  I am familiar with the practice of gang members opening gunfire upon rival gang members who enter into their gang territory.

Jerome Ford does not possess a valid permit to carry a firearm.  Ford is currently on parole for aggravated manslaughter (2014) and is also on pre-trial release for unlawful possession of a handgun (2020).

**Affidavit of Probable Cause**

Page 17 of 19                                          1/1/2017

# Affidavit of Probable Cause

| COMPLAINT NUMBER | | | | THE STATE OF NEW JERSEY |
|---|---|---|---|---|
| **0102** | **W** | **2022** | **001042** | *VS.* |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | JEROME T FORD JR. |

2. I am aware of the facts above because: (Included, but not limited to: your observations, statements of eyewitnesses, defendant's admission, etc.)

surveillance video, victim statement, crime scene evidence, documented history of gang violence and association.

3. If victim was injured, provide the extent of the injury:

R.S suffered a gunshot wound to the hand. A.M. suffered a gunshot wound to the lower extremity.

This form was supplemented by oral testimony provided to the judicial officer

Certification:
I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Signed: AARON  JONES LAW ENFORCEMENT OFFICER      Date:        05/24/2022

| | Affidavit of Probable Cause |
|---|---|
| | Page 18 of 19                    1/1/2017 |

# Preliminary Law Enforcement Incident Report

| COMPLAINT NUMBER | | | |
|---|---|---|---|
| 0102 | W | 2022 | 001042 |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

### THE STATE OF NEW JERSEY
### VS.
### JEROME T FORD JR.

ATLANTIC CITY MUNICIPAL COURT
2715 ATLANTIC AVE
ATLANTIC CITY          NJ  08401-0000
609-347-5560  COUNTY OF:  ATLANTIC

ADDRESS: 4879 BALA CT

MAYS LANDING          NJ  08330-0000

| # of CHARGES 14 | CO-DEFTS | POLICE CASE #: 22-036025 |
|---|---|---|

COMPLAINANT
NAME: AARON          JONES
2715 ATLANTIC AVE
ATTN: WARRANTS
ATLANTIC CITY          NJ  08401

DEFENDANT INFORMATION
SEX: M  EYE COLOR: BROWN          DOB: 02/06/1999
DRIVER'S LIC. #. F65693968302992          DL STATE:  NJ
SOCIAL SECURITY #: xxx-xx-x292          SBI #:
TELEPHONE #:          ( )
LIVESCAN PCN #:

**Purpose:** The Preliminary Law Enforcement Incident Report (PLEIR) is intended to document basic information known to the officer at the time of its preparation. It is recognized that additional relevant information will emerge as an investigation continues. The PLEIR shall be in addition to, not in lieu of, any regular police arrest, incident, or investigation reports. Note that the PLEIR is specific to each defendant charged in an investigation.

-The offense/incident was recorded using electronic/surveillance via:
   •Surveillance Camera

-The victim was injured and:
   •Victim transported to medical facility

-A weapon was involved in the incident:
   •Handgun

-The case involves a search warrant(s).

-The investigation involved the seizure of one or more cellphones, computers or similar electronic devices.
 List the type of device(s) and total number of each recovered: one

**Certification:**
I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Signed:  AARON     JONES LAW ENFORCEMENT OFFICER          Date:  05/24/2022